IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR CASTANEDA,** | CIV S-07-2270 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before February 4, 2008.

Dated: 01/08/08

/s/ Gregory G. Hollows
U.S. Magistrate Judge

cast2270.po

[Proposed] Order