IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR CASTANEDA,

    Petitioner,                    No. CIV S-07-2270 FCD GGH P

    vs.

BEN CURRY, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a traverse pursuant to the court's order of December 3, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 24, 2008 motion for an extension of time (Doc. 14) is granted;

        2. Petitioner is granted until May 20, 2008, to file a traverse; and

        3. There will be no further extension.

DATED: 04/03/08

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:/009bb
cast2270.111