E-Filed: **8/6/09**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Salvador Castaneda,** )<br>           **Petitioner,** )<br>     v. )<br>**Ben Curry,** *et al.*, )<br>           **Respondents.** )<br>_____ ) | **CASE NO. CV 07-2270-GHK**<br><br>**JUDGMENT** |

Pursuant to our August 6, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED**.

DATED: August 6, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.